IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 13-cr-00160-PAB-18

UNITED STATES OF AMERICA,

    Plaintiff,

v.

18. IGNACIO GOMEZ-RODRIGUEZ,

    Defendant.

---

## ORDER

---

This matter is before the Court on the Government's Motion to Dismiss Remaining Count and Forfeiture Allegation of the Indictment as to Defendant Ignacio Gomez-Rodriguez [Docket No. 455]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Government's Motion to Dismiss Remaining Count and Forfeiture Allegation of the Indictment as to Defendant Ignacio Gomez-Rodriguez [Docket No. 455] is granted. Count Thirty-eight of the Indictment and the forfeiture allegation are dismissed as to defendant Ignacio Gomez-Rodriguez.

    DATED November 14, 2013.

                              BY THE COURT:

                              PHILIP A. BRIMMER
                              United States District Judge